IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BILLY MAX COLLINS, #1350809 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv341 |
| | § | CRIMINAL ACTION NO. 6:05cr55 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.

Petitioner filed objections to the Report.  This Court made a *de novo* review of Petitioner's objections and determined that his objections lack merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this motion to vacate/correct illegal sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED WITH PREJUDICE**;

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 22nd day of February, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**